DUMAS, RECURRENTE, *v.* EL REGISTRADOR DE GUAYAMA,
RECURRIDO.

Moción de prórroga del recurrente para presentar al Tribunal
Supremo los documentos objetos del recurso.

No. 222.—Resuelto en marzo 10, 1915.

RECURSOS GUBERNATIVOS—TÉRMINO PARA LA PRESENTACIÓN DE DOCUMENTOS AL
TRIBUNAL SUPREMO.—Es improrrogable el término de veinte días que señala
la sección 3 de la ley sobre recursos gubernativos para la presentación al
Tribunal Supremo de los documentos cuya inscripción ha sido denegada.

Los hechos están expresados en la resolución.

Abogado del recurrente: *Sr. Salvador Picornell.*

RESOLUCIÓN.

Por cuanto el señalamiento de veinte días que marca la sección 3 de la ley sobre recursos contra las resoluciones de los registradores de la propiedad, aprobada en marzo 1, 1902, para la presentación a esta Corte Suprema de los documentos cuya inscripción ha sido denegada, equivale a la fijación de término para la interposición del recurso, no siendo en su virtud aquel término prorrogable.

Se desestima la pretensión del peticionario.

*Desestimada la pretensión del recurrente.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados Wolf, del Toro, Aldrey y Hutchison.